■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE DEJESUS, Appellant. [779 NYS2d 915]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered August 8, 1994, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions that the prosecutor's summation deprived him of due process and a fair trial are largely unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Dien,* 77 NY2d 885, 886 [1991]; *People v Brownridge,* 267 AD2d 318 [1999]). In any event, the prosecutor's statements constituted fair responses to remarks made by the defense counsel during summation (*see People v Halm,* 81 NY2d 819, 821 [1993]; *People v Ashwal,* 39 NY2d 105 [1976]; *People v Ryant,* 278 AD2d 345 [2000]). Santucci, J.P., Schmidt, Townes and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL DIAZ, Appellant. [779 NYS2d 915]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered December 6, 2000, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the factual adequacy of his plea allocution is unpreserved for appellate review (*see People v Santiago,* 280 AD2d 688 [2001]; *People v Hayes,* 239 AD2d 358 [1997]; *People v Nina,* 184 AD2d 593 [1992]; *People v Duff,* 158 AD2d 711 [1990]). The defendant's plea of guilty and his waiver of the right to appeal, made with the advice of his counsel, were knowingly, intelligently, and voluntarily entered as a part of a plea agreement (*see People v Callahan,* 80 NY2d 273 [1992]; *People v Seaberg,* 74 NY2d 1 [1989]). The waiver precludes appellate review of the defendant's remaining contentions, including those raised in his supplemental pro se brief (*see People v Morrow,* 3 AD3d 584 [2004]; *People v Demosthene,* 2 AD3d 874 [2003], *lv denied* 2 NY3d 761 [2004]). Smith, J.P., Goldstein, Adams and Townes, JJ., concur.